AO 91 (REV.5/85) Criminal Complaint

AUSA Steven J. Dollear (312) 353-5359
AUSA Joseph H. Thompson (312) 469-6131

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RONALD HADDAD, JR.

**CRIMINAL COMPLAINT**

CASE NUMBER: **MAGISTRATE JUDGE COLE**

**09CR 0115**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief: On or about January 26, 2009, at approximately 3:23 p.m., at Cook County, in the Northern District of Illinois, Eastern Division RONALD HADDAD, JR. defendant herein:

> through the use of the telephone or other instrument of interstate or foreign commerce, willfully made a threat to kill, injure, or intimidate any individual;

in violation of Title 18, United States Code, Section 844(e). I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
ADAM SCHOLTZ
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

February 10, 2009    at    Chicago, Illinois
Date                       City and State

JEFFREY COLE, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

FILED
FEB 10 2009 TC
FEB 10 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

State of Illinois )
) SS
County of Cook )

## AFFIDAVIT

I, Adam B. Scholtz, Special Agent with the Federal Bureau of Investigation ("FBI"), Chicago, Illinois, being duly sworn under oath, state as follows:

1. I am a Special Agent employed with the Federal Bureau of Investigation ("FBI"). I have been employed by the FBI since April 2004. I am presently detailed to a domestic terrorism squad operating within the Joint Terrorism Task Force of the Chicago Division of the FBI that is charged with investigating any and all acts of terrorism including violations relative to weapons of mass destruction and other domestic terrorism matters. I have received specialized training in the investigation of terrorism-related offenses, including offenses related to mailings in which threats of injury or death are made to another individual in violation of Title 18, United States Code, Section 844(e).

2. This affidavit is made for the limited purpose of supporting a warrant for the arrest of RONALD HADDAD, JR. ("HADDAD"). I have not stated every detail of the investigation which is known to me, but have provided facts to establish probable cause in support of the arrest warrant for HADDAD related to a violation of Title 18, United States Code, Section 844(e).

3. The facts set forth in this affidavit are based on my own personal knowledge, information obtained from other individuals during my participation in this investigation, including other FBI Special Agents and other federal, state and local law enforcement officers, interviews of witnesses, and my review of reports, documents and computer records related to this investigation. Because of the limited purpose of this affidavit, it does not contain all information that is known to law enforcement regarding this investigation.

4. Title 18, United States Code, Section 844(e) states in pertinent part that:

> Whoever, through the use of the mail . . . or other instrument of interstate or foreign commerce . . . willfully makes any threat, or maliciously conveys false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive shall be imprisoned for not more than 10 years or fined under this title, or both.

### I. SUMMARY OF THE INVESTIGATION

5. As explained in more detail below, I have learned that between approximately December 2007 and January 2009, RONALD HADDAD, JR. ("HADDAD") has sent over 25 envelopes, packages, and emails to various individuals intending to intimidate and threaten those individuals and others. More specifically, some of these envelopes, packages, and emails contain written threats

1

of injury or death to individuals. Certain other envelopes and packages contain shotgun shells that HADDAD unsuccessfully attempted to detonate upon the addressee's opening the letter or package.

## II. BACKGROUND REGARDING COMPUTERS, THE INTERNET AND EMAIL

6. I have both training and experience in the investigation of computer crimes. Based on my training, experience, and knowledge, I know:

   a. The Internet is a network of computers and computer networks which are connected to one another via high-speed data links and telephone lines for the purpose of sharing information. Connections between Internet computers exist across state and international borders. Information sent between computers connected to the Internet frequently crosses state and international borders, even if those computers are in the same state.

   b. Internet Service Providers ("ISPs") are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment. ISPs can offer a range of options in providing access to the Internet, including telephone-based dial-up, broadband-based access via digital subscriber line ("DSL") or cable television, dedicated circuits, or satellite based subscription. ISPs typically charge a fee based upon the type of connection and volume of data, called bandwidth, that the connection supports. Many ISPs assign each subscriber an account name - a user name or screen name, an "e-mail address," an e-mail mailbox, and a personal password selected by the subscriber. By using a computer equipped with a modem, the subscriber can establish communication with an ISP over a telephone line, through a cable system or via satellite, and can access the Internet by using his or her account name and personal password. ISPs maintain records ("ISP records") pertaining to their subscribers (regardless of whether those subscribers are individuals or entities). These records may include account application information, subscriber and billing information, account access information (often times in the form of log files), e-mail communications, information concerning content uploaded and/or stored on or via the ISP's servers, and other information, which may be stored both in computer data format and in written or printed record format.

   c. An Internet Protocol Address ("IP address") is a unique numeric address used to identify computers on the Internet. Every computer connected to the Internet (or group of computers using the same account to access the Internet) must be assigned an IP address so that Internet traffic sent from and directed to that computer is directed properly from its source to its destination. An IP address looks like a series of four numbers, each in the range 0-255, separated by periods (e.g. 121.56.97.178)

and is typically assigned to customers by ISPs. An ISP might assign a different IP address to a customer each time the customer makes an Internet connection (so-called "dynamic IP addressing"), or it might assign an IP address to a customer permanently or for a fixed period of time (so-called "static IP addressing"). Either way, the IP address used by a computer attached to the Internet must be unique for the duration of a particular session: that is, from connection to disconnection. ISPs typically log their customers' connection, which means that ISPs can, for a period of time, identify which of their customers was assigned a specific IP address during a particular session.

d. The domain name identifies a computer or group of computers on the Internet, and corresponds to one or more IP addresses assigned to those computers. Domain names are typically strings of alphanumeric characters, with each "level" of the domain delimited by a period (e.g., Computer.networklevel1.networklevel2.com). Domain names are used to make finding and accessing network resources easier and to limit the need for end-users to know specific IP addresses assigned to a particular resource (e.g. The IP address for "abc company" may be 10.47.53.126, while the corresponding domain name an end-user would only have to know might be www.abccompany.com).

## III. SUMMARY OF THE EVIDENCE

### A. December 2007 Letters

7. On or about December 17 and 18, 2007, envelopes were sent to 5 different individuals in Chicago, who at the time were all elected government officials in either the City of Chicago or Cook County government. Each of the envelopes was addressed to and received at an address utilized by each individual. The following chart shows the envelope number[1], the date it was received, the listed addressee, and the listed return address:

| # | Date Received | Addressee | Return Address |
|---|---|---|---|
| 1 | 12/17/2007 | Edward Burke | Horizon Gaming Events Nat'l, 6500 Pearl, Rosemont, IL ("Horizon Address") |
| 2 | 12/17/2007 | Bernard L. Stone | Horizon Address |
| 3 | 12/18/2007 | Richard M. Daley | Horizon Address |

---

[1] For ease of reference, I have assigned a number to each letter or package discussed in this affidavit.

3

| 4 | 12/18/2007 | John Daley | 27th Ward Office<br>1463 W. Chicago, Ave.<br>Chicago, IL 60622<br>("27th Ward Address") |
|---|---|---|---|
| 5 | 12/18/2007 | Todd Stroger | 27th Ward Address |

8. Each of these envelopes contained the same materials: one handwritten letter, one typed letter, a newspaper clipping and a white powder. The white powder was later submitted to the FBI Forensics lab in Quantico, Virginia ("FBI Lab") and was identified to be a mixture of calcium hydroxide and calcium carbonate. According to FBI Lab personnel, a commercial product that uses this mixture of substances is landscaping lime. Moreover, the newspaper clipping contained in each envelope was titled "*Tax Day is every day in Chicago*" by Gary Washburn, Chicago Tribune.

9. The handwritten letters in each envelope appeared identical in that they seem to be written using a paint brush in block-style lettering and contained the following text:

> "COOK COUNTY TAX RAISE FALLS 2007 AND WILL FALL AGAIN. CHICAGO PEOPLE DON'T DESERVE TO BE TAXED MORE & TREATED WORSE THAN OTHERS AND OTHER PLACES AND WONT LET DALEYS TAX ATTACK GO ON OR REMAIN IN CHICAGO, COOK COUNTY, OR ILLINOIS. THIS IS NOT DALEY COUNTRY. THIS IS THE END OF DALEY AND HIS EMPIRE"[2]

10. The typed letters contained in each the envelopes received on December 17 and 18, 2007 appeared identical and contained the following text:

> "YOU TOO ARE GOING TO BE FORCED TO LEAVE YOUR HOME AND HAVE TO START OVER, JUST LIKE SO MANY OF US YOU FORCED TO LEAVE AND START OVER. For whatever or whoever is left of you assholes, here is what is going to happen if 'survival' is an instinct you possess. You are going to roll back the past four tax raises in Chicago and erase the proposed county tax raise and pack up all of your things and get the fuck out of here. This tax raise of yours in Chicago was your 'Holidays 2007' gift to us in November 2007 and now it is time for payback and to whoever is left, you can expect any victory you gain in screwing us, to be as much of a burden as or worse to you than defeat in that context because we will never let you enjoy the fruits of this kind of labor that is meant to fuck us people over and out of our money. Do that instead of leaving office peacefully and whatever and whoever is left of you will surely end up dead. The back, is history, and guess what, one way or the other you're history too."

---

[2]The content of the letters set forth in this affidavit are reproduced as written and have not been corrected for grammar or spelling.

**B.      June 12, 2008 Letters**

11.     On or about June 12, 2008, envelopes were sent to 7 different individuals in Chicago, who at the time were either elected government officials in the City of Chicago, Cook County or State of Illinois, or in one instance, a Cook County government employee. Each of the envelopes was addressed to and received at an address utilized by each individual. The following chart shows the envelope number, the date it was received, the listed addressee, and the listed return address:

| #  | Date Received | Addressee           | Return Address                                                                              |
|----|---------------|---------------------|---------------------------------------------------------------------------------------------|
| 6  | 6/12/2008     | Edward Burke        | World Financial Group, 900 Jorie Blvd., Oak Brook, IL 60523 ("World Financial Address")     |
| 7  | 6/12/2008     | John Daley          | World Financial Address                                                                     |
| 8  | 6/12/2008     | Donna Dunnings      | World Financial Address                                                                     |
| 9  | 6/12/2008     | Joseph Mario Moreno | Sidley Austin Brown & Wood 1 S. Dearborn, Chicago, IL 60603 ("Sidley Address")              |
| 10 | 6/12/2008     | James Houlihan      | Sidley Address                                                                              |
| 11 | 6/12/2008     | Emil Jones          | Sidley Address                                                                              |
| 12 | 6/12/2008     | John Cullerton      | Sidley Address                                                                              |

12.     Each of these envelopes contained either one or two typed letters and a brown granular substance enclosed inside the envelope. The brown substance included in each of the letters has been submitted to the FBI Lab for analysis, but final reports have not been received. Visual inspection and comparison of the substance conducted by investigators has preliminarily indicated that the brown substance may be fertilizer. Each of the typed letters appeared identical and contained the following text of:

> "We will not be subjected to "city income tax" city or city-founded laws against or reducing our rights to bare arms, excessive city vehicle stickers that serve no purpose than to legally steal from us, city or state city-founded laws against right-to-carry which is a right in 48 other states, city taxes increased to record highs every year lied to be for schools and all we want to believe and really used for public spy cameras and Obamas campaign and patronage. Chicago public spy cameras that invade our privacy and cause infrastructure under funding to further a tax increasing cycle of lying that as a Chicago increases and collects more tax that the city gets poorer and needs even more new taxes and increase current taxes and definitely not the 40% transfer tax that was added in 2008 and is so obviously and add-on for running Chicago after so much Chicago taxes are wasted on cameras, Obamas campaign,

5

patronage like Mayor Daleys son Patrick who we may be killing very soon and Todd Strogers Cousin Donna Dunnings who we hopefully already killed. **YOU WANT TO ATTACK US NOW AS HARD AS POSSIBLE? IT'S PAY BACK!**"

### C. June 13, 2008 Letters

13. On June 13, 2008, envelopes were sent to 3 different individuals in Chicago, who were affiliated with City of Chicago, Cook County or State of Illinois government. Each of the envelopes was addressed to and received at an address utilized by each individual. The following chart shows the envelope number, the date it was received, the listed addressee, and the listed return address:

| #  | Date Received | Addressee              | Return Address                                                                                      |
|----|---------------|------------------------|-----------------------------------------------------------------------------------------------------|
| 13 | 6/13/2008     | Rod R. Blogoyvich (sic)| Elmwood Park Village Hall<br>11 Conti Parkway<br>Elmwood Park, IL 60707<br>("Elmwood Park Address") |
| 14 | 6/13/2008     | Todd Stroger           | Elmwood Park Address                                                                                |
| 15 | 6/13/2008     | Richard M. Daley       | Elmwood Park Address                                                                                |

14. Each envelope contained at least 1 typed letter, a bag containing a brown granular substance, and a VHS tape. The contents of these envelopes has not been reviewed because they were submitted to the FBI Lab for analysis, but final reports have not been received. However, unknown brown granular substance appears similar to the substance used in previously envelopes.

### D. June 19, 2008 Letters

15. On June 19, 2008, envelopes were sent to 2 different individuals in Houston, Texas, who were affiliated with petroleum companies. Each of the envelopes was addressed to and received at an address utilized by each individual. The following chart shows the envelope number, the date it was received, the listed addressee, and the listed return address:

| #  | Date Received | Addressee        | Return Address |
|----|---------------|------------------|----------------|
| 16 | 6/19/2008     | John Hoffmeister | Sidley Address |
| 17 | 6/19/2008     | Marvin Odum      | Sidley Address |

16. Both envelopes contained one typed letter and one bag of an unknown brown granular substance. The substance was later submitted to the FBI Lab, but final reports have not been received. As explained above, this substance appears to be fertilizer. The letters seemed to be

6

identical and contained the following text:

> "WE THE PEOPLE are going to do whatever it takes to fucking kill you and your supporters in retaliation for the way you have used your oil monopoly to fuck the people over for so long."
>
> . . .
>
> Here IS the NEW SITUATION. WE THE PEOPLE are going to stand up to you and fucking kill you. If all went well through the mail, we already killed many of you leaders, hopefully all married and with kids..."

### E. July 11, 2008 Letter

17. On or about July 11, 2008, a package was sent to the law firm of Linebarger, Guggan, Blair, & Sampson in Chicago, Illinois. The following chart shows the envelope number, the date it was received, the listed addressee, and the listed return address:

| # | Date Received | Addressee | Return Address |
|---|---|---|---|
| 18 | 7/11/08 | Linebarger, Guggan, Blair & Sampson | Sidley Address |

18. The package contained one typed letter and brown granular substance. The substance was later submitted to the FBI Lab, but final reports have not been received. However, this substance is similar to the brown granular substance included in the letters described above. The letter contained the following text:

> "This is what you get for blocking the votes needed to recall Rod Blagojavich. He is a piece of shit who was injected into the highest state office by Mayor Daley for Daley to control all of Illinois from behind this economy ruining, tax stealing, gangster affiliated rotten excuse for a Governor who comes from Daleys machine with Daley building him up as governor. Fuck you and everything you stand for and whoever takes your side, you Chicago democratic machine pieces of shit!
>
> In case you actually survived you pussy ass bitch liberal Chicago democrat motherfucker, here is what the future holds. Get out of office or else because we know how to get to you and we will make sure that even if we don't stick you in the ground like we want to we will make your stay in office absolute hell"

### F. January 16, 2009 Letters

19. On or about January 16, 2009, envelopes were sent to 3 different individuals in Chicago, who at the time were either elected government officials in the City of Chicago, Cook County or State of Illinois. Each of the envelopes was addressed to and received at an address

7

utilized by each individual. The following chart shows the envelope number, the date it was received, the listed addressee, and the listed return address:

| # | Date Received | Addressee | Return Address |
|---|---|---|---|
| 19 | 1/16/2009 | Patrick O'Connor | David Alexrod, Suite 404<br>AKP Message and Media<br>730 N. Franklin St., Chicago, IL<br>("Axelrod Address") |
| 20 | 1/16/2009 | Rod Blagojevich | Joseph J. Duffy<br>11 South LaSalle Street, Suite 1200<br>Chicago, IL<br>("Duffy Address") |
| 21 | 1/16/2009 | Roberto Maldonado | Alexrod Address |

20.  Each of the envelopes contained one typed letter, a plastic baggy, and a substance that appeared to be a scented oil or liquid. This substance was later submitted to the FBI Lab, but final reports have not been received. The letters appeared to be identical and contained the following text:

> "Here is a clearer message just to fully inform you of the current situation...PEOPLE DON'T WANT YOU AROUND! EVERYONE KNOWS WHAT LYING PIECES OF SHIT YOU ARE BEHIND YOUR TAX-INCREASES AND CHICAGO CULTURE 'OF YOUR GREAT WORDS BEING MORE IMPORTANT THAT YOUR REAL CROOKED AND DAMAGING ACTIONS' AND JUST ABOUT EVERYONE NOT CONNECTED WITH YOU IS FOR US AND AGAINST YOU . GET THE FUCK OUT OF OFFICE!!! EVERYONE SEES THROUGH YOU NOW AND ALSO FULLY REALIZES THE REASON YOU CHICAGO MACHINE DEMOCRATS REALLY HATE GUNS IS BECAUSE YOU KNOW WHAT YOU INSTILL IN PEOPLE, ESPECIALLY IF AND WHEN PEOPLE SEE YOU FOR WHAT YOU ARE. YOU HATE OUR GUN RIGHTS BECAUSE YOU FEAR WE THE PEOPLE OWNING GUNS BECAUSE YOU KNOW DAMN WELL THAT WE HAVE EVERY SINGLE RIGHT DATING BACK TO 1776 BASED ON WHAT YOU HAVE BEEN DOING TO US INTERMS OF ECONOMIC ATTACK AND YOUR CHICAGOLAND-ISOLATION CAMPAIGNS AND ATTEMPTS AGAINST CONSTITUTIONAL RIGHTS BASIC TRUTH AND LOGIC, FOR WE THE PEOPLE TO FOLLOW YOU, TERRORIZE YOU, ISOLATE YOU, AND FUCKING KILL YOU!!!"

G.  **January 18 to 26, 2009 Letters**

21.  Between January 18, 2009 and January 26, 2009, an envelope and 6 packages were sent to 7 different individuals, who are either elected officials in the City of Chicago, Cook County or Illinois state government or have connections to or employed by one of these entities. The envelope was addressed to and received at an address utilized by each of the addresses. The following chart shows the envelope number, the date it was received, the listed addressee, and the listed return address:

| #  | Date Received | Addressee        | Return Address                                                                                       |
|----|---------------|------------------|------------------------------------------------------------------------------------------------------|
| 22 | 1/18/2009     | Richard M. Daley | Axelrod Address                                                                                      |
| 23 | 1/20/2009     | John Daley       | Axelrod Address                                                                                      |
| 24 | 1/20/2009     | Donna Dunnings   | Axelrod Address                                                                                      |
| 25 | 1/20/2009     | Todd Stroger     | Axelrod Address                                                                                      |
| 26 | 1/21/2009     | William Cellini  | Duffy Address                                                                                        |
| 27 | 1/23/2009     | William Daley    | Axelrod Address                                                                                      |
| 28 | 1/26/2009     | Edward Burke     | William Daley Jr. Suite 3800 Morgan Stanley 4400 South LaSalle Street, Chicago, IL 60605 |

22.  Each of these letters contained a shotgun shell with a pull string type popper attached by hot glue to the shotgun shell primer. The shot gun shell was glued to the envelope and the popper was attached to blank pieces of paper, contained inside the envelope, by a paper clip ("Shotgun Shell Device"). It appeared to me and other law enforcement officers, including FBI bomb technicians and members of the Chicago Police Department Bomb and Arson Unit ("B&A"), that the purpose of the Shotgun Shell Device was to use the popper to detonate the primer of the shotgun shell, which was attached to the envelope, when the paper in the envelope was removed. The Shotgun Shell Device was rendered safe by the Chicago Bomb and Arson Unit and sent to the FBI Lab, but final reports have not been received.

23.  The Shotgun Shell Device was later reconstructed by B&A officers and the Shotgun Shell Device failed to detonate on three attempts. However, it was the opinion of the B&A officers that the Shotgun Shell Device could work with the same materials if minor adjustments were made to the design. B&A officers also advised me that if the device detonated, it could result in serious injury to include loss of eyesight, hands or fingers.

### H. Information From Witness 1

24. Law enforcement learned from Witness 1 that on or about January 26, 2009, Witness 1 received three emails from email address "ronsmailbox2004@yahoo.com. The first words in the body of each email was the name "Ron Haddad Junior." An email from ronsmailbox2004@yahoo.com sent on January 26, 2009, at 3:23 p.m., contained the following content:

> "ONE MAJOR REASON FOR BIG OILS' LATEST ATTACK THAT IT SEEKS TO LEAD TO $6.00 A GALLON AT THE GAS STATION BY MID-SPRING 2009, IS THAT GEORGE W. "OIL MAN" BUSH (R) IS FRIENDS WITH THE DALEY MACHINE (D) AND SINCE SO MUCH OF AMERICA IS ROOTING FOR THE FEDERAL PROSECUTION AGAINST THE DALEY MACHINE (D), BUSHS' (R) BIG OIL COMES INTO PLAY TO GET REVENGE ON WE THE PEOPLE FOR "POOR, SWEET, INNOCENT," BLAGOIOVICH (D) DALEY (D), CELLINI (R) AND THE REST OF THE CHICAGO SCUM BAG CREW.'
>
> . . .
>
> These other Governors leaving office under pressure means that there is no reason absolutely why WE THE PEOPLE cannot force these pieces of shit Governor Rod Balgoiovich (D) and Mayor Richard M. Daley (D) to leave office. Blagoiovich (D) is using DEATH-DESERVING DEFIANCE to send us some sort of message of strength.
>
> These pieces of shit did not bank on my making 100% justified murder-targets out of their families INCLUDING CHILDREN-WHICH I DID-WHICH LOWERED OIL AND GAS PRICES FOR A WHILE, and these pieces of shit thought I faded away and that no one would even do what I am doing now, publicizing their most important personal vitals and telling you that if anything else won't phase Big Oil enough to stop these price-attacks on us, perhaps knifing one of their small children to the wall/ 100% justified and wonderfully bloody home-invasion-style, will make Big Oil get the message that no matter what happens, even if Big Oil wins in the end, WE THE PEOPLE will make sure that Big Oils' win will be so expensive and preferably bloody-against-Big Oil, that win or lose in attacking WE THE PEOPLE, Big Oil will never, ever, enjoy their win against us and will continue to suffer as long at they dare fuck with us. Do whatever it takes to roll back these oil prices and get revenge on Big Oil."

25. In the same email to Witness 1, sent on January 26, 2009, at 3:23 p.m., ronsmailbox2004@yahoo.com provides the names of Marvin Odum and John Hofmiester as Presidents of Shell Oil. Later in the email the writer states:

> "AN IMPORTANT "TACTICAL" FACT TO REMEMBER THAT MAY COME IN SO HANDY AGAINST BIG OIL, IS THE STRATEGY USED TOE ELIMINATE THE SECOND MOST POWERFUL DALEY MACHINE (D) MAN, NOW FORMER

10

ALDERMAN BERNARD STONE (D), WHO WAS SUCCESSFULLY DRIVEN OUT OF OFFICE BY FIRST BEING HIT WITH AN 'UNKNOWN WHITE POWDER' LETTER BOMB REFERRING TO DALEYS' (D) TAX-HIKES AND CORRUPTION."

26. In two emails from "ronsmailbox2004@yahoo.com", which were sent on January 26, 2009, at 12:07 a.m. and 12:57 a.m., the writer names a section of both emails "4. CONCLUSION (What needs to be done AND WHO needs to be done-to finally and honestly set things right)". In these emails, the writer goes on to list individuals who need to be "KNOCKED OFF." Approximately 12 of the addressees identified above were named in these lists.

27. According to YAHOO! records related to "ronsmailbox2004@yahoo.com" for the time period in which the emails described above were sent to Witness 1, the IP address used by the sender of the emails was identified as IP address 67.174.85.95.

28. Based on public source documents, I determined that IP address 67.174.85.95 was associated with Internet service provider Comcast Cable Communications ("Comcast").

29. According to Comcast records related to IP address 67.174.85.95, that IP address during the relevant time frames was used by the following subscriber:

> Ronald Haddad
> 126 Park Avenue
> River Forest, Illinois 60305

30. A review of records of the Secretary of State of Illinois revealed that on July 25, 2008 HADDAD was issued a driver's license with an address 126 Park Avenue, River Forest, Illinois.

31. A review of records of the Illinois State Police revealed that HADDAD was issued a Firearm Owner Identification Card number ("FOID Card") with an address of 126 Park Avenue, River Forest, Illinois. This FOID Card has since been revoked. Based on information from River Forest Police Department ("RFPD") officers, HADDAD's FOID card was revoked at RFPD's request to the Illinois State Police Department. RFPD made this request to the Illinois State Police Department because of HADDAD's prior arrest history and an ongoing investigation by RFPD of HADDAD pertaining to his stalking of a River Forest Police Department officer.

32. River Forest Police Department ("RFPD") officers confirmed on January 28, 2009 that HADDAD resides at 126 South Park Avenue, River Forest, Illinois. Several of the RFPD Officers have known HADDAD and his family for several years.

33. Surveillance conducted by the FBI Joint Terrorism Task Force from January 28 to February 2, 2009, observed HADDAD leaving his residence located at 126 South Park Avenue, River Forest, Illinois on multiple occasions. Law enforcement agents were able to visually identity HADDAD based upon a comparison between observations made on surveillance and a picture taken for a

11

driver's license issued to HADDAD by the Illinois Secretary of State.

34. On multiple occasions between January 28, 2009 and February 2, 2009, HADDAD was seen leaving the residence at 126 South Park Avenue driving the following vehicle: 1998 Honda Civic, Black, IL License Plate 8088091 ("Honda"). According to Illinois Secretary of State records the vehicle is registered to Priscilla Haddad, who law enforcement believes is HADDAD's mother. Based on Illinois Secretary of State records and law enforcement surveillance, law enforcement believes that HADDAD lives at 126 South Park Avenue in River Forest, Illinois with his father, Ronald Haddad, and mother, Priscilla Haddad.

### I. Summary of Commonalities between Letters, Packages and Emails.

35. Through my review and observation, as well as that of other law enforcement officers assisting in this investigation, the following similarities arise related to the previously identified letters and packages (letters and packages numbered 1 through 27 above) and the three emails from ronsmailbox2004@yahoo.com to Witness 1:

   a. All of the addressee and return address information is printed on white paper and then cut out and affixed to the envelope or package.

   b. Many of the letters and packages above used the same false return address information. For instance, the Axelrod Address was listed as the return address on 6 letters or packages identified above, including 5 that contained the Shotgun Shell Device (namely envelopes/packages numbered 19, 22-25, and 27).

   c. All of the letters and packages used at least one "Forever" stamp, which is a stamp issued by the United States Postal Service depicting the Liberty Bell. Many of the envelopes or packages contained multiple "Forever" stamps.

   d. The writer used the words "WE THE PEOPLE" in all three emails and 5 of the letters referenced above (namely envelopes/packages numbered 16, 17, and 19-21).

   e. The words "Daley Machine" appear in all three emails and 1 of the referenced letters (namely envelope/package numbered 18).

   f. 12 of the addressees that received letters or packages listed above were listed in the emails as individuals to be "KNOCKED OFF."

### J. Evidence of Prior Threats by HADDAD

36. In approximately November 1999, an investigation was initiated by the FBI, Washington Field Office, after the National Organization for Women ("NOW") had reported that an individual using the screen name "Renegade" was posting threatening comments on the "Retribution" website. Based on computer records and public source information, law enforcement

12

agents learned that postings were made using a computer or computers located at the computer lab at Dominican University in River Forest, Illinois ("Dominican"). Renegade advised readers to go to NOW offices in their area and "repeat columbine shooting" and to use "bleach/ammonia" bombs on the NOW offices.

37. Based on public information, I learned that on October 18, 1999, "Renegade" posted a comment on the "Retribution" website. In the comment, Renegade provides instructions on how to fight back against insurance companies. He writes, "SUGGESTIONS ON HOW TO FIGHT BACK AGAINST INSURANCE: Do what McVeigh did, blow the fucking home office building up! Do it when non one is there. State Farm home office is in Illinois so start with that place. WAYS TO BLOW IT UP: take lots of glass mason jars, fill them with gasoline, tape M-80's or strongest explosives available and shotgun shells, to jars, throw jars at office building AT NIGHT, go for windows, main entrance, back where there are electric wires, and if you can, make sure all gasloine is connected in one trail after jars are used. Light flare or other similar flame-device, throw at gasoline, haul ass. The explosive blasts and shotguns shell damage will magnify the effects of pure arson." "Renegade" later instructs his reader how to send threatening letters to the insurance companies. Part of the advice is to make sure that there are no fingerprints, not to use your return address and to insure that the letters do not have postmarks from 5 miles within your given area.

38. Subsequently, HADDAD was identified as a suspect of the investigation after a Dominican campus employee witnessed HADDAD typing on the "Retribution" website, and HADDAD quickly closed the browser after being approached by Dominican campus security.

39. In approximately November 5, 2009, HADDAD was interviewed by the FBI. HADDAD denied using the screenname Renegade. When HADDAD asked for a lawyer, FBI agents informed HADDAD that the interview was completed. HADDAD then indicated that he was sorry for sending the comments.

40. On February 10, 2009, HADDAD was interviewed at his residence concurrent with the execution of a search warrant for his residence. During the interview HADDAD stated that he was the user of email address "ronsmailbox2004@yahoo.com." HADDAD further stated that he had sent the three emails described above in paragraphs 24-26. HADDAD stated that his emails were "heavy-handed" and contained violent language because of HADDAD's opposition to "Big Oil" and "The Circle." HADDAD further stated that "Big Oil" and "The Circle," which he described as corrupt state and local politicians associated with the Daley Family, were heavy-handed with the American people.

41. HADDAD advised that he wrote the following portion and other comments in the email described in paragraph 24 to "level the playing field" with Big Oil:

> "These pieces of shit did not bank on my making 100% justified murder-targets out of their families INCLUDING CHILDREN-WHICH I DID-WHICH LOWERED OIL AND GAS PRICES FOR A WHILE, and these pieces of shit thought I faded away and that no one would even do what I am doing now, publicizing their most

13

important personal vitals and telling you that if anything else won't phase Big Oil enough to stop these price-attacks on us, perhaps knifing one of their small children to the wall/ 100% justified and wonderfully bloody home-invasion-style..."

## IV. CONCLUSION

42. Based on the facts as stated in this Affidavit, there is probable cause to believe that RONALD R. HADDAD, JR. committed acts in violation of Title 18, United States Code, Section 844(e). Accordingly, I respectfully request that the court issue an arrest warrant for RONALD R. HADDAD, JR.

FURTHER AFFIANT SAYETH NOT.

_____ 2/10/2009
Special Agent Adam B. Scholtz
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
me this 10th day of February 2009.

_____
Jeffrey Cole
U.S. Magistrate Judge

14