UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RONALD HADDAD, JR.

No. 09 CR 115

Violations: Title 18, United States
Code, Sections 876(c) and
875(c)

### COUNT ONE

**MAGISTRATE JUDGE COLE**

The SPECIAL MARCH 2010 GRAND JURY charges:

**JUDGE KENDALL**

On or about December 17, 2007, at Chicago, in the Northern District of Illinois,

Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal

Service a communication addressed to another person containing a threat to injure the

person of the addressee, namely, a letter addressed to Victim A in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

FILED

APR X 7 2010
APR 7, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about December 17, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim B in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about December 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim C in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about December 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim D in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about December 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim E in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT SIX

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim A in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT SEVEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim D in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT EIGHT

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim F in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

8

## COUNT NINE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim G in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim H in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT ELEVEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim I in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

11

## COUNT TWELVE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 12, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim J in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT THIRTEEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 13, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim K in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

13

## COUNT FOURTEEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about July 11, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim L in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

14

## COUNT FIFTEEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 19, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly deposit and cause to be delivered a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim M in Houston, Texas;

In violation of Title 18, United States Code, Section 876(c).

## COUNT SIXTEEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 19, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly deposit and cause to be delivered a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim N in Houston, Texas;

In violation of Title 18, United States Code, Section 876(c).

## COUNT SEVENTEEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 19, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly deposit and cause to be delivered a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim O in San Ramon, California;

In violation of Title 18, United States Code, Section 876(c).

## COUNT EIGHTEEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 16, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim P in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT NINETEEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 16, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim Q in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

19

## COUNT TWENTY

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 16, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim R in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWENTY-ONE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 16, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim S in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWENTY-TWO

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 18, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim C in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

22

## COUNT TWENTY-THREE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 20, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

## RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim D in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWENTY-FOUR

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 20, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim F in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWENTY-FIVE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 20, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim E in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWENTY-SIX

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 21, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim T in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWENTY-SEVEN

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 23, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim U in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWENTY-EIGHT

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 26, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD HADDAD, JR.,

defendant herein, did knowingly cause to be delivered by the United States Postal Service a communication addressed to another person containing a threat to injure the person of the addressee, namely, a letter addressed to Victim A in Chicago, Illinois;

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWENTY-NINE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 26, 2009, at River Forest, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly transmit in interstate commerce a communication containing a threat to injure other persons, namely, Victim A, Victim C, Victim E, Victim F, Victim P, Victim R, Victim S, Victim T, Victim U, and others, by sending a written communication via Yahoo! e-mail servers at approximately 12:07 a.m.;

In violation of Title 18, United States Code, Section 875(c).

## COUNT THIRTY

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about January 26, 2009, at River Forest, in the Northern District of Illinois, Eastern Division,

### RONALD HADDAD, JR.,

defendant herein, did knowingly transmit in interstate commerce a communication containing a threat to injure other persons, namely, Victim M, Victim N, Victim O, and others, by sending a written communication via Yahoo! e-mail servers at approximately 3:23 p.m.;

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____

FOREPERSON

_____

UNITED STATES ATTORNEY